IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN M. PERINI,

    Plaintiff,

v.

NORCOR, Medical Staff, Food Staff, Captain of Operations, (Sgt. x2), Several Guards ("John Doe x3), ,

    Defendants.

Case No. 3:17-cv-00378-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 57), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 57) is adopted in full. The case is dismissed for failure to prosecute and Defendants' Motion for Summary Judgment (ECF No. 43) is GRANTED.

1 –ORDER

IT IS SO ORDERED.

DATED this 28th day of January, 2019.

                                                    Michael McShane
                                        United States District Judge